SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 OCT 22   PM 4:41

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL K. ZUROSKE,

    Defendant.

8:19CR332

INDICTMENT

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

The Grand Jury charges that

## COUNT I

From on or about October, 2018 and continuing to April 12, 2019, in the District of Nebraska, defendant PAUL K. ZUROSKE, did knowingly receive and attempt to receive, using any means and facility of interstate commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about April 14, 2019, in the District of Nebraska, PAUL K. ZUROSKE, defendant herein, did knowingly possess one or more photographs and other matter which contained images of child pornography, as defined in Title 18, United States Code, Section 2256, said images of child pornography involving prepubescent minors or minors who had not attained 12 years of age, that had been mailed and shipped and transported in interstate commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: MICHAEL P. NORRIS (#17765)
Assistant U.S. Attorney